UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 19, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GIEZELL VIDUYA ADAWAG

Defendant.

Case No. 2:26-mj-0153 SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GIEZELL VIDUYA ADAWAG Case No. 2:26-mj-0153 SCR Charges 18 USC § 611 from custody for the following reasons:

X Release on Personal Recognizance

____ Bail Posted in the Sum of $ ________

____ Unsecured Appearance Bond $ ________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other): .

Issued at Sacramento, California on October 19, 2026 at 2:22 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney